No. 00–7987.  NAILS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–7994.  COVILLION v. COVILLION.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 00–7997.  AVNAIM v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–8018.  BURR v. McGINNIS, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 00–8025.  DAWSON v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 00–8030.  CHOATE v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 00–8040.  DURFLINGER v. RYDER, SUPERINTENDENT, MONROE CORRECTIONAL COMPLEX.  C. A. 9th Cir.  Certiorari denied.

No. 00–8047.  LESLIE v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 00–8074.  STEPHENS v. ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 00–8092.  DURAN v. KIRTLAND & PACKARD, LLP.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 00–8103.  JARAMILLO-PONCE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–8107.  BALL v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–8109.  QUINTANA-OROSCO v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 00–8110.  RUTLEDGE v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.